Document Number  Case Number
                 09      05-CR-0155-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
12/02/2005 08:28:03 AM CST

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                SCHEDULING ORDER

   v.

                                              05-CR-155-C

BERNARDO GARCIA,

                Defendant.
_____

      At the December 1, 2006 arraignment, this court set the following schedule:

      1) The government has already provided its required disclosures and has a continuing disclosure obligation throughout this case. Pursuant to Rule 12, the government has proffered that it intends to use all disclosed evidence in its case-in-chief at trial.

      2) Defendant must file and serve any pretrial motions and discovery requests not later than January 9, 2006. Briefs need not accompany the motions. If defendant wants an evidentiary hearing on a motion, then he must ask for it in the caption of each such motion and must provide a nonconjectural factual basis establishing a prima facie entitlement to the relief requested. *See United States v. Toro*, 359 F.3d 879, 885 (7th Cir. 2004).

      3) The pretrial motion hearing and any evidentiary hearing shall be January 13, 2006 at 2:00 p.m. The court will rule on each motion or set it for briefing in consultation with the parties. Unless the court is taking evidence on a dispositive motion, defendant may waive his presence at the preliminary pretrial conference. A defense attorney located more

than 20 miles from the courthouse may, with the client's permission, request leave to appear telephonically. An attorney must make such a request not later than noon on the day before the conference.

4) Submissions for the final pretrial conference, namely proposed voir dire questions, jury instructions and motions *in limine* must be filed and served not later than February 8, 2006.

5) The final pretrial conference shall be February 10, 2006 at 11:30 a.m. Defendant may waive his presence at the final pretrial conference. A defense attorney located more than 20 miles from the courthouse may, with the client's permission, request leave to appear telephonically. An attorney must make such a request not later than noon on the day before the conference.

6) The final hearing before the trial judge shall be February 16, 2006, at 3:00 p.m. The defendant and trial counsel must attend this hearing.

7) Jury selection and trial shall begin at 9:00 a.m. on February 21, 2006. The predicted trial length is one to two days. The parties are jointly responsible for alerting the clerk of court forthwith if a jury need not be called.

Entered this 1st day of December, 2005.

BY THE COURT:
/s/
STEPHEN L. CROCKER
Magistrate Judge